## Mrs. Bernice F. FULD v. MARYLAND CASUALTY COMPANY. *

### No. 1774.

Court of Appeal of Louisiana. First Circuit.

Jan. 11, 1938.

Weiss & Weiss, of New Orleans, and Jacob S. Landry, of New Iberia, for appellant.

Walter J. Burke and Lawrence Simon, both of New Iberia, for appellee.

PER CURIAM.

For the reasons this day assigned in this case consolidated with the case of Joseph Fuld against the same defendant, La.App., 178 So. 201, it is ordered that the judgment appealed from be, and the same is hereby, affirmed, at the cost of the appellant.

*Rehearing denied Feb. 15, 1938; writ of certiorari denied March 7, 1938.